No. 11–8699. SELEMOGO v. HOLDER, ATTORNEY GENERAL, ET AL. C. A. 6th Cir. Certiorari denied.

No. 11–8712. HUNG VIET VU v. KIRKLAND, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–8721. AKINE v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 11–8723. BUDDHI v. BENSON ET AL. C. A. 7th Cir. Certiorari denied.

No. 11–8744. LESHER v. TRENT ET AL. App. Ct. Ill., 5th Dist. Certiorari denied.

No. 11–8745. RAMIREZ v. FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 11–8773. HYBERG v. MILYARD, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 11–8785. HILL v. ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 11–8797. JONES v. SHINSEKI, SECRETARY OF VETERANS AFFAIRS. C. A. Fed. Cir. Certiorari denied.

No. 11–8846. BURGHART v. SHINSEKI, SECRETARY OF VETERANS AFFAIRS. C. A. Fed. Cir. Certiorari denied.

No. 11–8848. BROWNLEE v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 11–8849. STONEBARGER v. WILLIAMS, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–8907. LAMB v. HOBBS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.